IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CHARLESTON KELLY, JR.,

        Petitioner,

vs.

JOSE VASQUEZ, Warden,

        Respondent.

CIVIL ACTION NO. CV204-172

## ORDER

After review of Petitioner's request for Leave of Court to Expand the Record In this Case (Doc. 8) and the Government's response, Petitioner's request is **GRANTED**.

**SO ORDERED**, this 27th day of June, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE